# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Applicant,

v.                                             Case No. 08-MC-52

G2 SECURE STAFF,

    Respondent.

_____

## ORDER

The Equal Employment Opportunity Commission ("EEOC") filed an application for order to show cause why a subpoena should not be enforced against respondent G2 Secure Staff ("G2"). The parties appeared for a show cause hearing before this court on January 20, 2009. At the hearing, the EEOC indicated that it received responses to its requests from G2 the previous day, though it had not yet verified full compliance. The court provided thirty days for the EEOC to review the submissions and noted that it would administratively close the case on February 20, 2009, if it did not receive notice from the EEOC. The court has received no further notice to date.

In light of the representations made at the in-court hearing on January 20, 2009, the court will close the case. (*See* Docket #10).

Accordingly,

**IT IS ORDERED** that the EEOC's application for an order to show cause (Docket #1) be and the same is hereby **DISMISSED**.

The clerk of court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

-2-

Case 2:08-mc-00052-JPS   Filed 02/27/09   Page 2 of 2   Document 11